AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:11CR-52-R |
| | ) | |
| CLAUDE ALLEN SNORTON | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: UNITED STATES COURTHOUSE<br>501 BROADWAY<br>PADUCAH, KENTUCKY | Courtroom No.: 2 (Second Floor) |
|---|---|
| | Date and Time: 12/5/11 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _____

_____
*Judge's signature*

Lanny King, United States Magistrate Judge
*Printed name and title*